UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

LARRY STOLL AND MARK C NEISWENDER,
Derivatively on Behalf of Nominal Defendant
GLENAYRE TECHNOLOGIES, INC.,

       Plaintiffs,

07 CIVIL 0608 (CM)

-against-

**JUDGMENT**

RAMON D ARDIZZONE, et.al.,

       Defendants.
  -and-
GLENAYRE TECHNOLOGIES, INC.,

       Nominal Dfendant.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

Defendants having moved to dismiss and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on Oct.9, 2007, having rendered its Memorandum Decision and Order granting defendants' motion to dismiss Federal Claims and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's , defendants' motions to dismiss is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
   Nov 9, 2007

                   ~~Clerk of Court~~
               BY:
                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____